# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   Columbia

In Re. The Lerae Towers, LLC

§
§
§
§

Debtor(s)

Case No.  23-00026

Lead Case No.  23-00017

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2023

Petition Date: 12/16/2022

Months Pending: 10

Industry Classification: | 5 | 3 | 1 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):  0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Richard Cunningham

Signature of Responsible Party

05/22/2024

Date

Richard Cunningham

Printed Name of Responsible Party

5614 Connecticut Ave, Suite 134 Washington DC

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name The Lerae Towers, LLC | | Case No.  23-00026 |

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Cash balance beginning of month | $27,551 | |
| b.   Total receipts (net of transfers between accounts) | $11,966 | $91,581 |
| c.   Total disbursements (net of transfers between accounts) | $23,750 | $77,560 |
| d.   Cash balance end of month (a+b+c) | $15,767 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $23,750 | $77,560 |

| **Part 2:  Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $2,276 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory   (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $2,206,929 | |
| e.   Total assets | $2,206,929 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $2,026,507 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $2,026,507 | |
| o.   Ending equity/net worth (e-n) | $180,422 | |

| **Part 3:  Assets Sold or Transferred** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| **Part 4:  Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                   2

Debtor's Name  The Lerae Towers, LLC                                    Case No.  23-00026

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | N/A | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  The Lerae Towers, LLC                                    Case No.  23-00026

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  The Lerae Towers, LLC                                   Case No.  23-00026

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  The Lerae Towers, LLC                              Case No.  23-00026

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  The Lerae Towers, LLC                                  Case No.  23-00026

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  The Lerae Towers, LLC                                                                Case No.  23-00026

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯  No ◉

c. Were any payments made to or on behalf of insiders?    Yes ◯  No ◉

d. Are you current on postpetition tax return filings?    Yes ◯  No ◉

e. Are you current on postpetition estimated tax payments?    Yes ◯  No ◉

f. Were all trust fund taxes remitted on a current basis?    Yes ◯  No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ◯  No ◯  N/A ◉

i. Do you have:          Worker's compensation insurance?    Yes ◯  No ◉

   If yes, are your premiums current?    Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

   Casualty/property insurance?    Yes ◉  No ◯

   If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?    Yes ◉  No ◯

   If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ◉  No ◯

k. Has a disclosure statement been filed with the court?    Yes ◉  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◯  No ◉

Debtor's Name  The Lerae Towers, LLC                                      Case No.  23-00026

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Richard Cunningham                                      Richard Cunningham
_____                           _____
Signature of Responsible Party                             Printed Name of Responsible Party

Managing Member                                            05/22/2024
_____                           _____
Title                                                      Date

Debtor's Name  The Lerae Towers, LLC                                    Case No.  23-00026



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name The Lerae Towers, LLC                                    Case No.  23-00026

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  The Lerae Towers, LLC                                    Case No.  23-00026



PageThree



PageFour

 **BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

THE LERAE TOWERS, LLC
PMB134
WASHINGTON, DC  20015

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Gold

for September 1, 2023 to September 30, 2023

Account number: ███████ 1383

**THE LERAE TOWERS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | $27,551.43 | # of deposits/credits: 3 |
| Deposits and other credits | 11,966.00 | # of withdrawals/debits: 23 |
| Withdrawals and other debits | -19,853.36 | # of items-previous cycle¹: 2 |
| Checks | -3,897.54 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $21,218.50 |
| **Ending balance on September 30, 2023** | **$15,766.53** | ¹Includes checks paid, deposited items and other debits |



# Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030A | 5197654

THE LERAE TOWERS, LLC   |   Account # ████████ 138   |   September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and   Equal Housing Lender**



**Your checking account**

THE LERAE TOWERS, LLC   |   Account #▓▓▓▓▓1383   |   September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/23 | DISTRICT OF COLU DES:HCVP FEDER ID:  INDN:LERAE TOWERS LLC         CO ID:1521934645 CCD | 5,682.00 |
| 09/05/23 | DISTRICT OF COLU DES:LRSP         ID:  INDN:LERAE TOWERS LLC         CO ID:3521934645 CCD | 3,142.00 |
| 09/05/23 | GREATER WASHINGT DES:RENTAL PAY ID:XXXXXXXXX INDN:LERAE TOWERS         CO ID:1530208981 CCD | 3,142.00 |
| **Total deposits and other credits** | | **$11,966.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE LERAE TOWERS LLC CO ID:0000000160 WEB | -573.39 |
| 09/05/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE LERAE TOWERS LLC CO ID:0000000160 WEB | -433.88 |
| 09/05/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE LERAE TOWERS LLC CO ID:0000000160 WEB | -275.86 |
| 09/05/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:THE LERAE TOWERS LLC CO ID:0000000160 WEB | -194.41 |
| 09/06/23 | DC TLR cash withdrawal from CHK 1383 | -213.00 |
| 09/06/23 | REPUBLICSERVICES DES:RSIBILLPAY ID:304118887521  INDN:LERAE TOWERS LLC         CO ID:7860843596 WEB | -230.52 |
| 09/08/23 | DC TLR cash withdrawal from CHK 1383 | -3,000.00 |
| 09/11/23 | MAINSTREET BANK  DES:Payment    ID:  INDN:LERAE TOWERS LLC         CO ID:1470914596 PPD | -5,481.85 |
| 09/12/23 | DC TLR cash withdrawal from CHK 1383 | -2,146.31 |
| 09/27/23 | DC TLR cash withdrawal from CHK 1383 | -1,000.00 |

**Card account # XXXX XXXX XXXX 1984**

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/23 | CHECKCARD  0901 NAILS AVENUE WASHINGTON   DC 24183103244900010100038 CKCD 7230 XXXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -105.00 |
| 09/05/23 | CHECKCARD  0903 SHOPPERS FOOD / PHA COLLEGE PARK MD 24427333246730255741437 CKCD 5411 XXXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -159.50 |
| 09/06/23 | CHECKCARD  0904 SAFEWAY 2848 BETHESDA     MD 24231683248837001656165 CKCD 5411 XXXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -115.29 |

*continued on the next page*

| BANK OF AMERICA BUSINESS ADVANTAGE |
|:---:|
| ## Start receiving online alerts today |
| Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center. |
| You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.    SSM-01-23-2633.B │ 5421083 |

THE LERAE TOWERS, LLC   |   Account #  ██████████ 1385   |   September 1, 2023 to September 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 09/07/23 | CHECKCARD  0906 GIANT 0357 BETHESDA      MD 24692163249101980640888 CKCD 5411 XXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -109.00 |
| 09/07/23 | CHECKCARD  0906 GIANT 0357 BETHESDA      MD 24692163249101980641290 CKCD 5411 XXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -19.07 |
| 09/07/23 | CHECKCARD  0907 COMCAST 800-COMCAST  MD 24692163250102186024972 CKCD 4899 XXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -407.09 |
| 09/11/23 | CHECKCARD  0911 OTRREALPROPERT WASHINGTON   DC CKCD 9311 XXXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -5,257.75 |
| 09/11/23 | CHECKCARD  0911 DC OTR EZ PAY EDISON      NJ CKCD 9399 XXXXXXXXXXXX1984 XXXX XXXX XXXX 1984 | -131.44 |
| **Subtotal for card account # XXXX XXXX XXXX 1984** | | **-$6,304.14** |
| **Total withdrawals and other debits** | | **-$19,853.36** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|-------:|---|------|---------|-------:|
| 09/05/23 | 1225 | -723.96 | | 09/05/23 | 1228 | -75.00 |
| 09/06/23 | 1226 | -2,340.00 | | 09/05/23 | 1230* | -558.58 |
| 09/11/23 | 1227 | -200.00 | | | | |
| | | | | **Total checks** | | **-$3,897.54** |
| | | | | **Total # of checks** | | **5** |

*  There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $250+ in new net purchases on a linked Business debit card has not been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

○   Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 09/01 | 27,551.43 | 09/07 | 32,983.88 | 09/12 | 16,766.53 |
| 09/05 | 36,417.85 | 09/08 | 29,983.88 | 09/27 | 15,766.53 |
| 09/06 | 33,519.04 | 09/11 | 18,912.84 | | |

THE LERAE TOWERS, LLC   |   Account # ████████ 13███████ber 1, Through September 30, 2023

This page intentionally left blank

This page intentionally left blank